**FILED**
**CLERK**

8:41 am, Jul 28, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Daliz Radcliffe,

                              Plaintiff(s),

            v.

Capio Partners, LLC CF Medical, LLC

                              Defendant(s).

Case No: 2:21-cv-03898-GRB-AKT

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Daliz Radcliffe and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s) Capio Partners, LLC CF Medical, LLC.

DATED: July 27, 2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By:  s/ *David M. Barshay*
David M. Barshay, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21253
*Attorneys for Plaintiff*

Dated: 7/28/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.